# ATTACHMENT A
# ITEMS/LOCATIONS TO BE SEARCHED

1. The property to be searched is the residence, outbuildings, sheds, garages, vehicles, and curtilage located at 1765 Otter Drive, Ferrum, Virginia, 24087 (the "SUBJECT PREMISES" and home of Thomas Robertson). A picture of the SUBJECT PREMISES is provided below for reference.



2. Pursuant to authorization described in the "Additional Request" Section of this application, the following searches are authorized:

 a. The Person of Thomas Robertson, where he may be found within the Western District of Virginia.

 b. Containers such as bags or boxes within Thomas Robertson's immediate control that may reasonably contain the items to be seized including electronic devices.

 c. Conveyances, including automobiles, operated by Robertson or areas under his control, for example a passenger compartment of a vehicle, at the time he may be encountered by law enforcement within the Western District of Virginia.