| Return | | |
|---|---|---|
| Case No.: 7:21mj83 | Date and time warrant executed: June 29, 2021 11:02am | Copy of warrant and inventory left with: Thomas Robertson |
| Inventory made in the presence of: Special Agent Lynne Witt | | |

Inventory of the property taken and name of any person(s) seized:

1) Samsung Cell Phone IMEI 354991110513423
2) One box Winchester Ruger Bonded 9mm Luger with 35 rounds
3) One loose bullet, Winchester 9mm Luger
4) Two Smith and Wesson Magazines: one with 8 9mm rounds and one with 7 9mm rounds.

**Received in Chambers**
By Reliable Electronic Means

July 1, 2021

**Hon. Robert S. Ballou**
**United States Magistrate**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/29/21

_____
Executing officer's signature

TFO Michael Johnson
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:21mj83 | Date and time warrant executed: 6/29/21, 10:40 am | Copy of warrant and inventory left with: Hunter Robertson |
| Inventory made in the presence of: SA Nelson Hatfield | | |

Inventory of the property taken and name of any person(s) seized:

Safeside Tactical 5.56 model ST-15, S/N XT100680 w/loaded magazine
Rifle upper, F6528291
2 cardboard boxes each containing boxes of resTech Tactical 762A 7.62.51 mm ball red ammo
S+H arms .22 suppressor, S/N NF2 13045
AWC System suppressor .22, S/N 080305
Surefire Silencer .338 mm, S/N Q01218
Gentech silencer 9 mm, S/N SW-5796
Trigger assembly
Pistol lower
Cannon Fuzzy red fuse
Pipe and drilled cap w/ fuse
Clipboard and paper with firearms list
black powder can
2 sheet reminder
Box with explosive components

**Received in Chambers**
By Reliable Electronic Means
July 1, 2021
**Hon. Robert S. Ballou**
**United States Magistrate**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/1/21

_Executing officer's signature_

Special Agent Aaron Kellerman
_Printed name and title_